# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., | No. CV-21-01079-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Voice of Guo Media Incorporated, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 4(e) and Ariz. R. Civ. P. 4.1, and upon the Motion for Alternative Service of Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella ("Plaintiffs"), this Court finds that service of process upon Defendant Sara Wei a/k/a Lihong Wei Lafrenz ("Wei") (Doc. 21) by one of the means authorized by Ariz. R. Civ. P. 4.1 or Fed. R. Civ. P. 4 has proven impracticable because, despite the reasonable efforts of Plaintiffs, Defendant Wei cannot be located.  Accordingly,

**IT IS HEREBY ORDERED** that service of process upon Defendant Wei may be made by emailing a copy of the Summons and Complaint to the following email addresses: "duizhang@vog.media," "sarawei808@gmail.com," "help@vog.media," "sarawei@protonmail.com," "vog202064@protonmail.com," and "vog202064@gmail.com."  Service of process upon Defendant Wei may also be made by messaging a copy of the Summons and Complaint to "@Sara#0821" on Discord.

Dated this 5th day of August, 2021.

Honorable Susan M. Brnovich
United States District Judge