IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Voice of Guo Media, Inc., GTV Media Group, Inc., Saraca Media Group Inc., Rule of Law Foundation III, Inc., Rule of Law Society IV Inc., Sara Wei a/k/a Lihong Wei Lafrenz, and Wengui Guo a/k/a Miles Guo a/k/a Ho Wan Kwok a/k/a Miles Kwok a/k/a Nan Wu a/k/a Haoyun Guo.<br><br>Defendants. | No. 2:21-cv-01079-SMB<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK    )

TRACY NOLAN, being duly sworn deposes and says:

I am over the age of eighteen years and am not a party to this action. I am employed by Lynch Daskal Emery LLP, attorneys for the Plaintiffs in this action.

As authorized by this Court's August 5, 2021 Order (ECF No. 24 in this action), on August 12, 2021, at about 5:39 pm EST, I served true and correct pdf copies of the SUMMONS IN A CIVIL ACTION (ECF No. 4-5 in this action), CLASS ACTION

COMPLAINT (ECF No. 1), CIVIL COVER SHEET (ECF No. 1-1), ORDER dated June 23, 2021 (ECF No. 5), ORDER dated June 23, 2021 (ECF No. 6), and ORDER dated August 5, 2021 (ECF No. 24) upon Defendant Sara Wei a/k/a Lihong Wei Lafrenz by sending a direct message the aforementioned documents to the Discord account "@Sara#0821", as authorized by Order dated August 5, 2021 (ECF No. 24).

Attached as Exhibit 1 is a screenshot of the direct message conversation effectuating service.

_____
TRACY NOLAN

Sworn to before me this
12th day of August, 2021

_____
Notary Public

ERIC M ZISK
Notary Public - State of New York
No. 02ZI6390109
Qualified in Kings County
My Comm. Expires Apr. 8, 2023

/81147