**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
Benjamin Y. Kaufman (admitted *pro hac vice*)
kaufman@whafh.com
Malcolm T. Brown (admitted *pro hac vice*)
brown@whafh.com
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

**LYNCH DASKAL EMERY LLP**
Bernard Daskal (admitted *pro hac vice*)
daskal@lde.law
Xun Chen (admitted *pro hac vice*)
chen@lde.law
137 W. 25th St.
New York, NY 10001
Tel.: (212) 302-2400

*Attorneys for Plaintiffs Rong Zhang, Xiaodan Wang, and*
*Chong Shen Raphanella and Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella, individually and on behalf of all others similarly situated, | Case No. CV-21-01079-PHX-SMB |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF ERRATA REGARDING EXHIBIT A TO CLASS ACTION COMPLAINT (ECF NO. 1)** |
| Voice of Guo Media, Inc., GTV Media Group, Inc., Saraca Media Group Inc., Rule of Law Foundation III, Inc., Rule of Law Society IV Inc., Sara Wei a/k/a Lihong Wei Lafrenz, and Wengui Guo a/k/a Miles Guo a/k/a Ho Wan Kwok a/k/a Miles Kwok a/k/a Nan Wu a/k/a Haoyun Guo. | |
| Defendants. | |

1    Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella ("Plaintiffs"),

2  by and through their undersigned counsel, respectfully submit this Notice in order to

3  correct an inadvertent clerical error in Plaintiffs' Class Action Complaint filed on June 21,

4  2021 (ECF No. 1) ("Complaint").  The Complaint did not attach the one-page Limited

5  Purpose Agency Agreement quoted from and cited to as "Exhibit A" in ¶¶ 39-40 thereof.

6  Exhibit A to the Complaint is attached hereto.

7

8  Dated: August 23, 2021                    Respectfully Submitted,

9                                            **WOLF HALDENSTEIN ADLER**
                                             **FREEMAN & HERZ LLP**

10

11                                           */s/ Benjamin Y. Kaufman*
                                             Benjamin Y. Kaufman (admitted *pro hac vice*)

12                                           kaufman@whafh.com
                                             Malcolm T. Brown (admitted *pro hac vice*)

13                                           brown@whafh.com
                                             270 Madison Avenue

14                                           New York, NY 10016

15                                           Tel.: (212) 545-4600
                                             Fax: (212) 686-0114

16

17                                           **LYNCH DASKAL EMERY LLP**

18                                           Bernard Daskal (admitted *pro hac vice*)
                                             daskal@lde.law

19                                           Xun Chen (admitted *pro hac vice*)
                                             chen@lde.law

20                                           137 W. 25th St.

21                                           New York, NY 10001
                                             Tel.: (212) 302-2400

22

23                                           *Attorneys for Plaintiffs Rong Zhang,*
                                             *Xiaodan Wang, and Chong Shen Raphanella*

24                                           *and Proposed Lead Counsel for the Class*

25

26

27

28

- 1 -

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, I electronically transmitted the foregoing

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the CM/ECF registrants in this matter.

4

5

*/s/ Benjamin Y. Kaufman*

6

7

8

9

811513

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28