1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9  Rong Zhang, et al.,                              No. CV-21-01079-PHX-SMB

10             Plaintiffs,                          **ORDER**

11  v.

12  Voice of Guo Media Incorporated, et al.,

13             Defendants.

14

15     After review of the file, the Court notes that the complaint in this matter was filed

16  on June 21, 2021 and the return of service for the following Defendants filed as follows:

17     Voice of Guo – July 16, 2021

18     Sara Wei – August 9, 2021 and August 12, 2021

19     No answer has been filed and no application for entry of default has been made as

20  to these Defendants.

21     **IT IS ORDERED** that counsel for the Plaintiff shall file a status report or

22  application for entry of default within 14 days of the date of this order concerning the status

23  of this case as to these Defendants ONLY.

24     **IT IS FURTHER ORDERED** that this matter will be dismissed as to these

25  Defendants ONLY within 14 days of the date of this order if counsel fails to file a status

26  report or application for entry of default.

27     **IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** these

28  Defendants ONLY on **October 5, 2021** without further order of this Court if plaintiff fails

1    to file a status report or application for entry of default.

2            Dated this 21st day of September, 2021.

Honorable Susan M. Brnovich
United States District Judge