**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
Benjamin Y. Kaufman (admitted *pro hac vice*)
kaufman@whafh.com
Malcolm T. Brown (admitted *pro hac vice*)
brown@whafh.com
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600


**LYNCH DASKAL EMERY LLP**
Bernard Daskal (admitted *pro hac vice*)
daskal@lde.law
Xun Chen (admitted *pro hac vice*)
chen@lde.law
137 W. 25th St.
New York, NY 10001
Tel.: (212) 302-2400

*Attorneys for Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella and Proposed Lead Counsel for the Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., <br><br> Plaintiffs, <br> v. <br><br> Voice of Guo Media, Inc., et al., <br><br> Defendants. | No. CV-21-01079-PHX-SMB <br><br> **MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS VOICE OF GUO MEDIA, INC. AND SARA WEI A/K/A LIHONG WEI LAFRENZ** |

Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella ("Plaintiffs"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby move for the entry of default against Defendants Voice of Guo Media, Inc. ("VOG") and Sara Wei a/k/a Lihong Wei Lafrenz ("Wei") on the grounds that they have failed to appear, file or serve any responsive pleading in this action, or otherwise defend. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs are entitled to an entry of default by the Clerk. In support of this motion, Plaintiffs state as follows:

1. On June 21, 2021, Plaintiffs commenced this action against Defendants VOG, GTV Media Group, Inc., Saraca Media Group Inc., Rule of Law Foundation III, Inc., Rule of Law Society IV Inc., Wei, and Wengui Guo a/k/a Miles Guo a/k/a Ho Wan Kwok a/k/a Miles Kwok a/k/a Nan Wu a/k/a Haoyun Guo by filing a Class Action Complaint (ECF No. 1) ("Complaint").

2. On July 16, 2021, VOG was served with a summons and the Complaint (ECF No. 17).

3. VOG has not filed an answer to the Complaint and failed to appear or serve any pleading in this action as required by law.

4. On August 9, 2021 and August 12, 2021, Wei was served with a summons and the Complaint (ECF Nos. 25-26) in accordance with the Court's August 5, 2021 Order (ECF No. 24).

5. Wei has not filed an answer to the Complaint and failed to appear or serve any pleading in this action as required by law.

6. On September 21, 2021, the Court entered an Order (ECF No. 28) directing that Plaintiffs file a report concerning the status of this action as to Defendants VOG and Wei or an application for entry of default against Defendants VOG and Wei. The Court further directed that such status report or application for entry of default be filed within 14 days of entry of the Order.

WHEREFORE, Plaintiffs respectfully request that the Clerk of this Court enter a default against Defendants VOG and Wei.

Dated: September 30, 2021         Respectfully Submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Benjamin Y. Kaufman*
Benjamin Y. Kaufman (admitted *pro hac vice*)
kaufman@whafh.com
Malcolm T. Brown (admitted *pro hac vice*)
brown@whafh.com
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114

**LYNCH DASKAL EMERY LLP**
Bernard Daskal (admitted *pro hac vice*)
daskal@lde.law
Xun Chen (admitted *pro hac vice*)
chen@lde.law
137 W. 25th St.
New York, NY 10001
Tel.: (212) 302-2400

*Attorneys for Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella and Proposed Lead Counsel for the Class*

/811684

- 2 -