James W. Armstrong (No. 009599)
james.armstrong@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693
Telephone: (480) 425-2600

Steven J. Reed (*pro hac vice*)
sjreed@norris-law.com
Sarah M. Bouskila (*pro hac vice*)
sbouskila@norris-law.com
NORRIS MCLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York 10036
Telephone: (212) 808-0700

*Attorneys for Defendants Rule of Law Foundation III Inc. and Rule of Law Society IV Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella,<br><br>Plaintiffs,<br>v.<br><br>Voice of Guo Media, Inc., GTV Media Group Inc., Rule of Law Foundation III Inc., Rule of Law Society IV Inc., et al.,<br><br>Defendants. | No. 2:21-cv-1079 (PHX) (SMB)<br><br>**CERTIFICATION OF CONFERRAL** |

Defendants Rule of Law Foundation III Inc. and Rule of Law Society IV Inc. (collectively, the "ROL Entities") are filing with this Notice together with their Motion to Dismiss the Amended Complaint Against Them for Lack of Personal Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to the Court's Order of this Court dated June 23, 2021, counsel for the ROL Entities has conferred with counsel for Plaintiffs on July 23, 2021 and November 17, 2021 to determine whether Plaintiff would cure its deficient pleadings by a amendment of the Complaint.  Despite filing of a first Amended Complaint, Plaintiffs have not cured the deficiencies and have elected not to further amend the complaint

with regard to the claims which could be cured by amendment. Notwithstanding, the lack of personal jurisdiction over the ROL Entities cannot be corrected by amendment. Therefore, it is not possible to avoid the filing of the instant Motion to Dismiss.

DATED this 17th day of December, 2021.

SACKS TIERNEY P.A.

By: */s/ James W. Armstrong*
    James W. Armstrong

NORRIS MCLAUGHLIN, P.A.

By: */s/ Steven J. Reed*
    Steven J. Reed
    Sarah M. Bouskila

*Attorneys for Defendants Rule of Law Foundation III Inc. and Rule of Law Society IV Inc.*

[3185724]

2