# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., | No. CV-21-01079-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Voice of Guo Media Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the Motion to Strike filed by Defendants Rule of Law Foundation III Inc. and Rule of Law Society IV Inc. (Doc. 46) and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants Rule of Law Foundation III Inc. and Rule of Law Society IV Inc.'s Motion to Strike Plaintiffs' Surresponse and striking the Notice of Supplemental Authority (Doc. 44) filed by Plaintiffs on February 17, 2022.

Dated this 2nd day of June, 2022.

Honorable Susan M. Brnovich
United States District Judge