# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Voice of Guo Media Incorporated, et al., <br><br> Defendants. | **NO. CV-21-01079-PHX-SMB** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Judgment is hereby entered in favor of Defendants Rule of Law Foundation III Incorporated and Rule of Law Society IV Incorporated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 22, 2022

By   s/ D. Draper
     Deputy Clerk