# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., | No. CV-21-01079-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Voice of Guo Media Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the Motion of Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella ("Plaintiffs") for Leave to File Sur-Reply (Doc. 76) in opposition to the Motion of Defendants GTV Media Group, Inc. and Saraca Media Group, Inc. to Stay this action pending completion of the bankruptcy proceedings of Defendant Wengui Guo a/k/a Ho Wan Kwok (Doc. 68), Defendants' Response (Doc. 78), and Plaintiffs' Reply (Doc. 80).

The rules do not expressly allow parties to file sur-replies. *See Armenta v. Spencer*, No. CV-16-00697-TUC-DCB, 2018 WL 4698648, at *1 (D. Ariz. Oct. 1, 2018) ("There is no provision for Sur-replies."). And even then, "[c]ourts generally view motions for leave to file a sur-reply with disfavor." *Whitewater W. Indus., Ltd. v. Pac. Surf Designs, Inc.*, No. 3:17-CV-01118-BEN-BLM, 2018 WL 3198800, at *1 (S.D. Cal. June 26, 2018). "In determining whether to allow a sur-reply, a 'district court should consider whether the movant's reply in fact raises arguments or issues for the first time, whether the non[-]movant's proposed sur[-]reply would be helpful to the resolution of the pending motion,

and whether the movant would be unduly prejudiced were leave to be granted.'" *Sebert v. Ariz. Dep't of Corrections*, No. CV-16-354-PHX-ROS (ESW), 2016 WL 3456909, at *1 (D. Ariz. June 17, 2016) (quoting *Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 85 (D.D.C. 2014)).

Here, Plaintiffs argue that the reply to the Motion to Stay improperly raises new facts related to representations made to other courts about a stay in this case. However, the representations are irrelevant to the issue before the Court related to the Motion to Stay. The representations, whether made or not and whether true or not, do not affect the Court's decision from the September 7, 2022 scheduling hearing.

**IT IS HEREBY ORDERED** denying Plaintiffs Motion for Leave to File Sur-Reply (Doc. 76).

Dated this 3rd day of January, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge