# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al., | No. CV-21-01079-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Voice of Guo Media Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the Application to Withdraw as Counsel with Consent (Doc. 94) and good cause appearing,

**IT IS HEREBY ORDERED** granting the withdrawal of Lewis Roca Rothgerber Christie, Todd Feltus, and Sarah M. Humble as counsel in this matter.

Dated this 30th day of March, 2023.

Honorable Susan M. Brnovich
United States District Judge