**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Benjamin Y. Kaufman (admitted *pro hac vice*)
kaufman@whafh.com
Malcolm T. Brown (admitted *pro hac vice*)
brown@whafh.com
Lillian R. Grinnell (admitted *pro hac vice*)
grinnell@whafh.com
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600


**LYNCH DASKAL EMERY LLP**
Bernard Daskal (admitted *pro hac vice*)
daskal@lde.law
137 W. 25th St.
New York, NY 10001
Tel.: (212) 302-2400

*Attorneys for Plaintiffs Rong Zhang,
Xiaodan Wang, and Chong Shen Raphanella*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rong Zhang, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>Voice of Guo Media, Inc., et al.,<br><br>          Defendants. | No. CV-21-01079-PHX-SMB<br><br>**PLAINTIFFS' STATUS REPORT** |

    Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella, on behalf of themselves and purportedly similarly situated individuals in the above titled action, respectfully submit this status report in accordance with this Court's June 15, 2023 Order

(ECF No. 100). Plaintiffs wish to inform Your Honor that they intend to file a motion for class certification no later than June 30, 2023, to be followed by a motion for a default judgment as against the four defaulting Defendants: VOG; Wei; Saraca; and GTV.

With respect to the remaining defendants in this action: (1) an entry of default was made as to Defendants Voice of Guo Media Inc. ("VOG") and Sara Wei ("Wei") on June 2, 2022 (ECF No. 50); (2) an entry of default was made as to Defendants Saraca Media Group Inc. ("Saraca") and GTV Media Group Inc ("GTV") on April 25, 2023 (ECF No. 99); and (3) this case is subject to an automatic bankruptcy stay as to Defendant Miles Guo.[1] As the Court may be aware, Mr. Guo is currently incarcerated and awaiting trial in the Southern District of New York on fraud charges related to the facts of this case. The bankruptcy case is ongoing, though delays and obstruction by Guo and related entities including Defendants GTV and Saraca have served to prolong the proceedings.[2] Plaintiffs believe that this issue creates an impediment to obtaining a default judgment against all Defendants in this case, and highlight this issue now as they intend to ask that the Court consider whether these circumstances warrant an exception to the principle that "[i]f a jointly liable co-defendant defaults, a court should not enter judgement until the matter with all defendants is adjudicated in order to avoid incongruous judgments." *Deveraux v. Sison,* No. CV-18-04882-PHX-DJH, 2020 WL 5725183, at *1 (D. Ariz. Sept. 23, 2020) (citing *Frow v. De La Vega,* 82 U.S. 552, 554 (1872)).

We thank Your Honor for the Court's attention to this matter, and are happy to answer any questions regarding this case.

---

[1] Plaintiffs have learned since filing the First Amended Complaint that Defendant Guo's legal name is Ho Wan Kwok, under which name he filed bankruptcy. For the sake of conformity with prior pleadings, Plaintiffs will continue to use the name Guo, the name he was known to Plaintiffs as during the facts of this case.

[2] *See, e.g.,* Order Requiring GTV Media, Inc. Saraca Media Group, Inc. and Attorney Aaron A. Mitchell to Appear and Show Cause Why GTV Media, Inc. and Saraca Media Group, Inc. Should Not Be Held in Civil Contempt of Court, *In Re Ho Wan Kwok et al*, No. 22-50073 (JAM) (Bankr. D. Conn., filed June 7, 2023).

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully Submitted,<br><br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br><br>    *s/ Benjamin Y. Kaufman*<br>Benjamin Y. Kaufman (admitted *pro hac vice*)<br>kaufman@whafh.com<br>Malcolm T. Brown (admitted *pro hac vice*)<br>brown@whafh.com<br>Lillian R. Grinnell (admitted *pro hac vice*)<br>grinnell@whafh.com<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600<br>Fax: (212) 686-0114<br><br>**LYNCH DASKAL EMERY LLP**<br>Bernard Daskal (admitted *pro hac vice*)<br>daskal@lde.law<br>137 W. 25th St.<br>New York, NY 10001<br>Tel.: (212) 302-2400<br><br>*Attorneys for Plaintiffs Rong Zhang, Xiaodan Wang, and Chong Shen Raphanella and Proposed Lead Counsel for the Class* |