# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**Providing Exemplary Legal Service Since 1888**

**BENJAMIN Y. KAUFMAN, ESQ.**
DIRECT DIAL: 212-545-4650
FACSIMILE: 212-686-0114
Kaufman@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

July 18, 2024

**VIA ECF**

Hon Susan M. Brnovich, U.S.D.J.
Sandra Day O'Connor U.S. Courthouse, Suite 526
401 West Washington Street, SPC 19
Phoenix, AZ 85003-2151
Phone: (602) 322-7540

Re: *Zhang et al v. Voice of Guo Media Incorporated et al,* No. 2:21-cv-01079 (SMB)

Dear Judge Brnovich,

Pursuant to Your Honor's Order (ECF No. 108) after the Telephonic Status Conference on July 15, 2024, Plaintiffs write to inform the Court of the verdict in the criminal proceedings in the Southern District of New York, titled *USA v. Guo,* No. 1:23-cr-00118. On Tuesday, July 16, 2024, the defendant, Miles Guo, a/k/a Guo Wengui, a/k/a Ho Wan Kwok, etc. was found guilty of nine out of twelve counts levied against him and acquitted on three charges. The counts he was found guilty of were:

- Conspiracy to commit racketeering,
- Conspiracy to commit wire fraud or bank fraud,
- Conspiracy to commit money laundering,
- Conspiracy to commit securities fraud,
- Wire fraud – Farm Loan Program,

- Securities fraud – Farm Loan Program,

- Wire fraud – G Clubs, and

- Securities fraud – G Clubs.

Not guilty verdicts were returned for the below charges:

- Wire fraud – GTV private placement,

- Securities fraud – GTV private placement, and

- Unlawful monetary transactions.

As Your Honor will recall, a stay was put in place on the adversary proceedings related to this case in the bankruptcy proceedings until the disposition of the above criminal case; that stay should now be lifted. In addition, the Bankruptcy Trustee has received an extension until November 27, 2024 to remove any civil cases.

We are happy to answer any questions that Your Honor may have.

Very truly yours,

*s/ Benjamin Y. Kaufman*
Benjamin Y. Kaufman

*Attorney for Plaintiffs and Class*